UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOROTHY GRIFFIN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4: 15CV1160 CDP |
| SAM'S EAST, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER OF REMAND

On January 20, 2016, I ordered defendants to show cause why plaintiffs' motion to amend should not be granted and this case should not be remanded to state court. In response, defendants have filed an opposition challenging the propriety of joining Laurie Portell as a defendant. However, defendants offer no opposition to the substitution of the John Doe defendants and concede that the proposed addition of these defendants will destroy diversity jurisdiction and result in the remand of this case to state court. Accordingly, for the reasons set out in my January 20, 2016, Memorandum and Order, the motion for leave to amend is granted and this case is remanded to state court. Whether or not Portell is properly joined as a defendant is an issue to be resolved by the state court.

Accordingly,

**IT IS HEREBY ORDERED** that **plaintiffs' motion to amend [22] is granted and this case is remanded to the Circuit Court of St. Louis County, Missouri.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of January, 2016.